|  | United States District Court |
|---|---|
| **United States District Court** | Southern District of Texas |
| **Southern District of Texas** | **ENTERED** |
| **Houston Division** | April 18, 2023 |
|  | Nathan Ochsner, Clerk |

United States of America
vs.
Alfonso Texis Salazar, et al.

No. 4:22-CR-00293

Order on Motion to Unseal Case

On Defendant Osvaldo Garita Texis's unopposed *Motion to Unseal Online Records of Case*, relief is granted. It is **ORDERED** that the online records of this case are **UNSEALED**.

APR 1 8 2023
_____
Date

_____
THE HONORABLE
ALFRED H. BENNETT
United States District Judge